*Johnson v. Apfel*, 240 F.3d 1145, 1148 (8th Cir.2001) (ALJ may exclude alleged impairments he has properly rejected as untrue or unsubstantiated).

Clement's remaining arguments are also without merit. Accordingly, we affirm.

PER CURIAM.

Eddie Risdal appeals the judgment of the district court[1] dismissing his 42 U.S.C. § 1983 complaint. Following careful review, we affirm for the reasons cited by the district court. *See* 8th Cir. R. 47B.

David TAFT, Jr., Plaintiff,

Eddie Risdal, Appellant,

Mystery Boy, Inc., Plaintiff,

v.

Jason SMITH; Matt Royster; Steve Schuck; Fred Scalleta; John Emmett, Appellees.

No. 05–3907.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2006.

Filed: June 26, 2006.

Eddie Risdal, Cherokee, IA, pro se.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District

Larry LINVILLE; Myron Holland, Appellants,

v.

CONAGRA, INC., doing business as ConAgra Frozen Foods, Inc.; Jim Nesbitt, Appellees.

No. 04–2957.

United States Court of Appeals, Eighth Circuit.

Submitted: May 30, 2006.

Filed: June 26, 2006.

David Armstrong Hodges, Little Rock, AR, Mitch Cash, Marshall, AR, for Appellants.

Gordon Smeade Rather, Jr., Michelle Marie Kaemmerling, Wright & Lindsey, Little Rock, AR, Clayton E. Bailey, Baker & McKenzie, Dallas, TX, for Appellees.

of Iowa.